| | |
|---|---|
| 1 | Gary R. Selvin, State Bar No. 112030 |
| 2 | Elizabeth A. Doyle, State Bar No. 194536<br>SELVIN WRAITH LLP |
| 3 | 6250 Claremont Ave., Suite 200<br>Oakland, CA 94618 |
| 4 | Telephone:   (510) 874-1811<br>Facsimile:    (510) 465-8976 |
| 5 | E-mail:  gselvin@selvinwraith.com<br>             edoyle@selvinwraith.com |
| 6 | Attorneys for Plaintiff / Counterdefendant |
| 7 | U.S. SPECIALTY INSURANCE COMPANY |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| U.S. SPECIALTY INSURANCE COMPANY, a Texas corporation, | CASE NO.: 4:25-cv-05741-YGR |
|---|---|
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | Complaint Filed: July 9, 2025<br>Counterclaim Filed: August 12, 2025 |
| AIR TIME MECHANICAL, INC., | |
| Defendants. | |
| AIR TIME MECHANICAL, INC., | |
| Counterclaimant, | |
| v. | |
| U.S. SPECIALTY INSURANCE COMPANY and DOES 1 through 10, | |
| Counterdefendant. | |

Plaintiff U.S. SPECIALTY INSURANCE COMPANY ("Plaintiff") and Defendant AIR TIME MECHANICAL, INC. ("Defendant") (collectively the "Parties"), by and through Plaintiff's counsel of record and Defendant's counsel of record, hereby notify the Court that the Parties have reached a settlement in this matter. The Parties are preparing a formal settlement agreement and request that the Court vacate all pending deadlines and hearings and retain jurisdiction over this case until all duties required under the subject settlement agreement can be fully performed. It is estimated

1

that all duties will be fully performed by October 28, 2025. Upon completion of all duties to be performed under the settlement agreement, a notice of dismissal with prejudice pursuant to Rule 41(a)(1)(A) will be filed with this Court.

Dated: September 2, 2025                SELVIN WRAITH LLP

By: /s/ Gary R. Selvin
    Gary R. Selvin
    Elizabeth A. Doyle
    Attorneys for Plaintiff / Counterdefendant
    U.S. SPECIALTY INSURANCE COMPANY

Dated:  September 2, 2025                DEL BECCARO, HORNSBY & BLAKE

By: /s/ Tom Del Beccaro
    Thomas G.F. Del Beccaro
    Attorney for Defendant / Counterclaimant
    AIR TIME MECHANICAL, INC.

481866

## ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), the filer attests that concurrence in the filing of the **NOTICE OF SETTLEMENT** has been obtained from each of the other signatories thereto.

Dated: September 2, 2025                SELVIN WRAITH LLP

By: /s/ Gary R. Selvin
Gary R. Selvin
Elizabeth A. Doyle
Attorneys for Plaintiff / Counterdefendant
U.S. SPECIALTY INSURANCE COMPANY