1  Gary R. Selvin, State Bar No. 112030
   Elizabeth A. Doyle, State Bar No. 194536
2  SELVIN WRAITH LLP
   6250 Claremont Ave., Suite 200
3  Oakland, CA 94618
   Telephone:   (510) 874-1811
4  Facsimile:   (510) 465-8976
   E-mail:  gselvin@selvinwraith.com
5           edoyle@selvinwraith.com

6  Attorneys for Plaintiff / Counterdefendant
   U.S. SPECIALTY INSURANCE COMPANY
7

8            IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| U.S. SPECIALTY INSURANCE COMPANY, a Texas corporation,<br><br>Plaintiff,<br><br>v.<br><br>AIR TIME MECHANICAL, INC.,<br><br>Defendants. | CASE NO.: 4:25-cv-05741-YGR<br><br>**STIPULATION FOR DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii)**<br><br>Complaint Filed:  July 9, 2025<br>Counterclaim Filed:  August 12, 2025 |
| AIR TIME MECHANICAL, INC.,<br><br>Counterclaimant,<br><br>v.<br><br>U.S. SPECIALTY INSURANCE COMPANY and DOES 1 through 10,<br><br>Counterdefendant. | |

   Plaintiff U.S. SPECIALTY INSURANCE COMPANY ("HCC") and Defendant AIR TIME MECHANICAL, INC. ("Air Time"), hereby stipulate, pursuant to Rule 41(a)(1)(A)(ii), to dismiss this lawsuit with prejudice to all claims, causes of action, counterclaims, and parties, with each party to bear its own fees and costs, with each party to bear its own fees and costs.

---

1
**STIPULATION FOR DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii)**
                                       **CASE NO.: 4:25-cv-05741-YGR**

| | | |
|---|---|---|
| 1 | Dated: 10/9/2025 | SELVIN WRAITH LLP |
| 2 | | |
| 3 | | By: /s/ Gary R. Selvin |
| 4 | | Gary R. Selvin |
| | | Elizabeth A. Doyle |
| 5 | | Attorneys for Plaintiff / Counterdefendant |
| | | U.S. SPECIALTY INSURANCE COMPANY |
| 6 | Dated: 10/9/25 | DEL BECCARO, HORNSBY & BLAKE |

By: *Thomas Del Beccaro*
Thomas G.F. Del Beccaro
Attorney For Defendant / Counterclaimant
AIR TIME MECHANICAL, INC.

## ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), the filer attests that concurrence in the filing of the **STIPULATION FOR DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii)** has been obtained from each of the other signatories thereto.

Dated: 10/9/2025                               SELVIN WRAITH LLP

By: /s/ Gary R. Selvin
Gary R. Selvin
Elizabeth A. Doyle
Attorneys for Plaintiff / Counterdefendant
U.S. SPECIALTY INSURANCE COMPANY